UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIEL MAY,  
    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,  
    Defendants.

Case No. 1:11-cv-613  
Litkovitz, M.J.

**ORDER**

The parties have reached a settlement in this matter.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within thirty (30) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED.**

Karen L. Litkovitz, Magistrate Judge  
United States District Court